**Order entered December 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00723-CR

### AARON HOWARD KLOEPFER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81623-2012**

## ORDER

The Court **REINSTATES** the appeal.

On October 31, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; and (2) appellant's attorney stated she would file appellant's brief by December 20, 2013.

We **ORDER** appellant to file his brief by **MONDAY, DECEMBER 23, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE